UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LINDA DUNCAN,

    Plaintiff,

v.

CAL-WESTERN RECONVEYANCE CORPORATION, et al.,

    Defendants.

3:12-cv-0094-LRH-VPC

ORDER

Plaintiff Linda Duncan ("Duncan") moves the court for default judgment against defendant The Bank of New York Mellon ("Mellon") for failure to appear in this action. Doc. #15. However, the court notes that counsel for Mellon has now appeared. Therefore, the court shall order defendant Mellon to show cause as to why default judgment should not be entered against it.

IT IS THEREFORE ORDERED that defendant The Bank of New York Mellon shall have fifteen (15) days to file a response to the motion for default judgment (Doc. #15).

IT IS SO ORDERED.

DATED this 21st day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE